State v. Gochett ........................... 15–0418   05/03/2017   Judgment Affirmed; Sentence Affirmed in part and Vacated in part and Remanded

State v. Williams........................... 15–0755   05/03/2017   Reversed and Remanded

State v. Dearden........................... 15–0937   .05/03/2017   Affirmed

State v. Dunham........................... 15–1060   05/03/2017   Affirmed

Killings v. State........................... 15–1061   05/03/2017   Affirmed

Simpson v. State........................... 15–1529   05/03/2017   Reversed and Remanded

Mills v. State ............................. 15–1849   05/03/2017   Affirmed

State v. McGhee .......................... 15–1979   05/03/2017   Affirmed

State v. Keys ............................. 15–1991   05/03/2017   Affirmed in part and Remanded with Directions

Stellmach v. State ........................ 15–2105   05/03/2017   Affirmed

State v. Bascom .......................... 15–2173   05/03/2017   Affirmed

State v. Nickerson ........................ 15–2184   05/03/2017   Sentences Affirmed in part, Vacated in part, and Remanded for Resentencing

State v. Luerkens ......................... 15–2188   05/03/2017   Reversed and Remanded for New Trial

State v. Henderson........................ 15–2227   05/03/2017   Affirmed

State v. Kuzmicki ......................... 16–0122   05/03/2017   Affirmed

State v. Makuey .......................... 16–0162   05/03/2017   Affirmed

State v. Scheffert ......................... 16–0267   05/03/2017   Reversed and Remanded

State v. Diallo ............................ 16–0279   05/03/2017   Conviction Vacated and Remanded

Ackerman v. State ........................ 16–0287   05/03/2017   Reversed and Remanded